IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>GERMAN ORTIZ LUEVANO,<br><br>　　　　　　　Defendant. | 4:15-CR-3039<br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue Sentencing (filing 89) is granted.

2. Defendant German Ortiz Luevano's sentencing is continued to March 3, 2017, at 1:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 1st day of February, 2017.

BY THE COURT:

_____
John M. Gerrard
United States District Judge